UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00123-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN JOHNNY CRUZ-FUENTEZ | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion for Extension of Time to File Objections to the Presentence Report, which is docket entry number 95. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 4 day of March, 2019.

_____
THE HONORABLE TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT COURT JUDGE